UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KELLIE NICOLE RIDDLE (2),<br><br>　　　　　Defendant. | Case No. 23cr0149-H<br><br>CORRECTED AMENDED ORDER OF CRIMINAL FORFEITURE |

On August 7, 2023, this Court entered its Final Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title, and interest of KELLIE NICOLE RIDDLE ("Defendant") in the following specific properties pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2):

　　(a)　$27,051.00 U.S. Currency of the $42,051.00 U.S. Currency; and,

　　(b)　$843.00 U.S. Currency.

For thirty (30) consecutive days ending on September 10, 2023, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the currency in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third-parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest

in in the currency.

On November 17, 2023, the United States sent the Notice of Order of Forfeiture to a potential third party by Federal Express mail as follows:

| Name and Address | Tracking No. | Result |
|---|---|---|
| KELLIE NICOLE RIDDLE<br>218 West 8th Avenue<br>Escondido, CA 92025 | 774139453204 | Delivered |
| KELLIE NICOLE RIDDLE<br>Prisoner ID 07177-506<br>Metropolitan Correctional Center<br>808 Union Street<br>San Diego, CA 92101 | 786502781633 | Delivered |
| JUAN CARLOS CANCHOLA<br>218 West 8th Avenue<br>Escondido, CA 92025 | 774139672087 | Delivered |
| KELLIE NICOLE RIDDLE<br>624 De Luz Road, #48<br>Fallbrook, CA 92028 | 774139542026 | Delivered |
| KELLIE NICOLE RIDDLE<br>c/o Paul W Blake Attorney at Law<br>747 South Mission Road<br>Box 2636<br>Fallbrook, CA 92028 | 774139661697 | Delivered |
| JUAN CARLOS CANCHOLA<br>c/o Troy Patrick Owens, Jr.<br>2400 Fenton Street, Suite 216<br>Chula Vista, CA 91914 | 774139693144 | Delivered |

Thirty (30) days have passed following the final date of notice by publication and notice by Federal Express and no third party has made a claim to or declared any interest in the forfeited currency described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of the failure of any third-party to come forward or file a petition for relief from forfeiture as provided by law, all right, title, and interest of KELLIE NICOLE RIDDLE and any and all third parties, including any interest of Juan Carlos Canchola, in the following currency are hereby condemned, forfeited, and vested in the United States of America:

(a)     $27,051.00 U.S. Currency of the $42,051.00 U.S. Currency; and

(b)     $843.00 U.S. Currency.

IT IS FURTHER ORDERED, pursuant to the forfeiture addendum to the written plea agreement, that $15,000 U.S. Currency of the $42,051 U.S. Currency in this matter be returned to Defendant Riddle upon Defendant Riddle completing the appropriate UFMS (Unified Financial Management System) paperwork and the return of the currency shall be administered through the Treasury Offset Program.

IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the forfeited property according to law and shall deposit the currency thereof into the Asset Forfeiture Fund.

DATED: 1/17/2024

_____
HON. MARILYN L. HUFF
United States District Judge,
Southern District of California